UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKA NINUA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGIS CORPORATION; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO.: CV 09 4045 (JSW)<br><br>**ORDER TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

**WHEREAS**, as stipulated by the parties, the plaintiff may be allowed to file a First Amended Complaint. The complaint will be amended to add a claim alleging violation of California Labor Code §2699.

Defendant's right to challenge the propriety of the claims asserted in the First Amended Complaint (including Plaintiff's right to assert the Labor Code §2699 claim after already filing this lawsuit), and to assert all defenses available under state or federal law will not be prejudiced by this order.

Defendant will have 30 days from the signing of this order to file a responsive pleading.

**IT IS SO ORDERED.**

**DATED:** January 8, 2010

*[signature: Jeffrey S. White]*
UNITED STATES DISTRICT JUDGE