1  KINGSLEY & KINGSLEY, APC
   George R. Kingsley SBN-38022 gkingsley@kingsleykingsley.com
2  Eric B. Kingsley SBN-185123 eric@kingsleykingsley.com
   Darren M. Cohen SBN-221938 dcohen@kingsleykingsley.com
3  Liane L. Katzenstein SBN-220230 lkatzenstein@kingsleykingsley.com
   16133 Ventura Boulevard, Suite 1200
4  Encino, CA 91436
   Tel:  (818) 990-8300
5  Fax: (818) 990-2903

6  THE LINDE LAW FIRM
   Douglas A. Linde SBN-217584 dal@lindelaw.net
7  9000 Sunset Blvd., Suite 1025
   Los Angeles, CA 90068
8  Tel:  (310) 203-9333
   Fax: (310) 203-9233

9
   Attorneys for Plaintiff
10 EKA NINUA

11 SEYFARTH SHAW LLP
   Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
12 Amy K. Skryja (SBN 214826) askryja@seyfarth.com
   560 Mission Street, Suite 3100
13 San Francisco, California 94105
   Telephone: (415) 397-2823
14 Facsimile: (415) 397-8549

15 Attorneys for Defendant
   REGIS CORPORATION
16

                    UNITED STATES DISTRICT COURT
17
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| EKA NINUA, on behalf of herself and others similarly situated, | Case No. CV 09 4045 JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |
| v. | |
| REGIS CORPORATION; and DOES 1 to 50, inclusive, | Filing Date:        July 13, 2009<br>Trial Date:        March 7, 2011 |
| Defendants. | |

1       Plaintiff Eka Ninua ("Plaintiff") and Defendant Regis Corporation ("Defendant")

2  (collectively the "parties") and hereby stipulate and seek an order of the Court to continue the

3  mediation deadline in this case, as follows:

4       1.      On November 30, 2009, the parties filed a Stipulation and Proposed Order

5  Selecting ADR Process with the above-captioned court.  The parties agreed to participate in

6  private mediation.

7       2.      On December 18, 2009, the Hon. Jeffrey S. White entered a case management

8  Order which included a deadline for completing the mediation of April 30, 2010.

9       3.      The parties subsequently agreed to mediate this matter before Jeffrey Ross on

10  April 21, 2010.

11       4.      In anticipation of the mediation, the parties agreed that Plaintiff's deposition

12  would go forward on March 30, 2010.  Plaintiff requested a Georgian translator for the

13  deposition.  After an extensive search, that included contacting multiple translation companies,

14  Defendant retained a translator, and the March 30, 2010 deposition of Plaintiff commenced as

15  scheduled.  However, during the course of the deposition, it became evident to both parties that

16  the translation services were inadequate, creating doubts that a proper record was being made.

17  Accordingly, Plaintiff's deposition was suspended by agreement of the parties.  Defendant has

18  agreed to conduct a search for a Georgian translator who can translate in realtime and has

19  experience translating for depositions.  Defendant has further agreed that, if necessary, the

20  deposition may be conducted in the greater Los Angeles area, where Plaintiff lives, if that is the

21  only location where an acceptable Georgian translator can be found.

22       5.      In anticipation of the mediation, the parties also agreed that Plaintiff's Federal

23  Rule of Civil Procedure 30(b)(6) person most qualified deposition would take place on April 6,

24  2010.  In order to accommodate Plaintiff and her counsel, Defendant has agreed to produce its

25  designated company representative in San Francisco instead of at the corporation's principal

26  place of business in Minneapolis, Minnesota.  Plaintiff's counsel is not able to take the

27  deposition on April 6, 2010 in San Francisco, and the deposition cannot be rescheduled before

28  the mediation date, due to the witnesses' schedule.  Accordingly, the parties have agreed to

1  reschedule Plaintiff's FRCP 30(b)(6) person most qualified deposition for another date mutually

2  agreeable to both parties and Defendant's designated company representative.

3        6.     In anticipation of the mediation, the parties agreed that Defendant would produce

4  certain sample data regarding its business practices, which has not been produced to date.

5        7.     Whereas, in light of the fact that the parties will not be able to have a meaningful

6  mediation without completing Plaintiff's deposition, the FRCP 30(b)(6) person most qualified

7  deposition and production of Defendant's sample data documents, the parties agree that the

8  deadline by which to complete mediation should be extended to June 30, 2010.  The parties agree

9  that the rescheduled mediation will go forward with mediator Jeffrey Ross on June 23, 2010.

10        WHEREFORE, it is hereby stipulated by and between the parties that the mediation

11  deadline in this matter be continued from April 30, 2010 to June 30, 2010 or such other later date

12  as the Court should determine.

13                              Respectfully submitted,

14  Date: April 6 , 2010

15                              KINGSLEY & KINGSLEY, APC
                               THE LINDE LAW FIRM
16
                               By _____
17                                  Eric B. Kingsley
                                    Darren M. Cohen
18                                  Liane L. Katzenstein
                                    Douglas A. Linde
19                              Attorneys for Plaintiff
                               EKA NINUA
20

21

22  Date: April 6 , 2010

23                              SEYFARTH SHAW LLP

24                              By _____
                                    Catherine M. Dacre
25                                  Amy K. Skryja
                               Attorneys for Defendant
26                              REGIS CORPORATION

27

28

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE
CASE NO. CV 09 4045 JSW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Good cause appearing therefore, as set forth in the above stipulation, the court-ordereddeadline

for mediation is hereby extended to June 30, 2010.

**IT IS SO ORDERED.**

DATED: April <u>9</u>, 2010

_Jeffrey S White_

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

12205285v.1   STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE
CASE NO. CV 09 4045 JSW