KINGSLEY & KINGSLEY, APC
George R. Kingsley SBN-38022 (gkingsley@kingsleykingsley.com)
Eric B. Kingsley SBN-185123 (eric@kingsleykingsley.com)
Darren M. Cohen SBN-221938 (dcohen@kingsleykingsley.com)
Liane L. Katzenstein SBN-220230 (lkatzenstein@kingsleykingsley.com)
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436
(818) 990-8300; (818) 990-2903 FAX

THE LINDE LAW FIRM
Douglas A. Linde SBN-217584 (dal@lindelaw.net)
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90068
(310) 203-9333; (310) 203-9233 FAX

Attorneys for Plaintiff EKA NINUA

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988)(cdacre@seyfarth.com)
560 Mission Street, Suite 3100
San Francisco, California 94105
(415) 397-2823; (415) 397-8549 FAX

Attorneys for Defendant REGIS CORPORATION

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKA NINUA, on behalf of herself and others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>REGIS CORPORATION; and DOES 1 to 50, inclusive,<br><br>             Defendants. | Case No. CV 09 4045 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION**<br><br>Filing Date:     July 13, 2009<br>Trial Date:      March 7, 2011 |

**TO THE HONORABLE COURT:**

Plaintiff Eka Ninua ("Plaintiff") and Defendant Regis Corporation ("Defendant") (collectively the "Parties") and hereby stipulate and seek an order of the Court to continue the deadline for Plaintiff to file her motion for class certification in this case, as follows:

1. Per the Court's June 4, 2010 Order, the deadline for Plaintiff to file a Motion for Class Certification is currently September 30, 2010.

2. On August 3, 2010, Plaintiff filed a letter brief asking the Court to compel production of a single category of documents ("the Motion to Compel").  Plaintiff filed the Motion to Compel after engaging in a three week long effort to meet and confer to resolve the issues raised therein.

3. On August 5, 2010, the parties received notice from the court that the discovery dispute would be referred to a magistrate judge for handling.  On August 10, 2010, the parties received notice that the matter had been referred to magistrate Judge Edward Chen and the matter was scheduled for hearing on September 22, 2010.

4. Plaintiff contends that the documents sought by her Motion to Compel are necessary for Plaintiff to prepare a meaningful and fully informed brief in support of Class Certification.  Without expressing any position as to the merits of the Motion, in the event it is granted, it is doubtful that Plaintiff will receive the responsive documents in sufficient time to analyze them and incorporate the information into her Motion for Class Certification, which is currently due to be filed on September 30, 2010.

5. The parties are scheduled to conduct a mediation on October 28, 2010.  Due to the mediator's schedule, an earlier date could not be secured.  An extension of the class certification filing deadline to November will avoid an unnecessary motion if the case settles at mediation.

///

///

///

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION
CASE NO. CV 09 4045 JSW

WHEREFORE, it is hereby stipulated by and between the parties that the deadline Plaintiff to file a Motion for Class Certification in this matter be continued from September 30, 2010 to November 19, 2010, or such other later date as the Court should determine.

Respectfully submitted,

Date: August 17, 2010

KINGSLEY & KINGSLEY, APC
THE LINDE LAW FIRM

BY _____
Eric B. Kingsley
Darren M. Cohen
Douglas A. Linde
Attorneys for Plaintiff EKA NINUA


Date: August 17, 2010

SEYFARTH SHAW LLP

By _____
Catherine M. Dacre
Attorneys for Defendant REGIS CORPORATION


### [PROPOSED] ORDER

Good cause appearing therefore, as set forth in the above stipulation, the court-ordered deadline for Plaintiff to file her Motion for Class Certification is hereby extended to November 19, 2010.

**IT IS SO ORDERED.**

DATED: August 23, 2010

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING MOTION FOR CLASS CERTIFICATION
CASE NO. CV 09 4045 JSW

12205285v.1