KINGSLEY & KINGSLEY, APC
George R. Kingsley SBN-38022 gkingsley@kingsleykingsley.com
Eric B. Kingsley SBN-185123 eric@kingsleykingsley.com
Darren M. Cohen SBN-221938 dcohen@kingsleykingsley.com
Liane L. Katzenstein SBN-220230 lkatzenstein@kingsleykingsley.com
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436
(818) 990-8300; (818) 990-2903 FAX

THE LINDE LAW FIRM
Douglas A. Linde SBN-217584 dal@lindelaw.net
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90068
(310) 203-9333; (310) 203-9233 FAX

Attorneys for Plaintiff EKA NINUA

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
Amy K. Skryja (SBN 214826) askryja@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
REGIS CORPORATION

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKA NINUA, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>REGIS CORPORATION; and DOES 1 to 50, inclusive,<br><br>    Defendants. | Case No. CV 09 4045 JSW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE UPCOMING DATES' [PROPOSED] ORDER THEREON AS MODIFIED** |

**TO THE HONORABLE COURT:**

///

///

///

NOTICE OF SETTLEMENT
CASE NO. CV 09 4045 JSW

**PLEASE TAKE NOTICE** that the parties to this Class Action complaint have reached an agreement that, if approved by this Court, would resolve the claims on a class wide basis.

Accordingly, the parties jointly request that the Motion for Class Certification currently scheduled for November 19, 2010, and Trial date currently scheduled for March 7, 2011, be vacated and a hearing on a Motion for Preliminary Approval be scheduled for a date on or before January 25, 2011.

Respectfully submitted,

Date: November 24, 2010

KINGSLEY & KINGSLEY, APC
THE LINDE LAW FIRM

By: _____
Eric B. Kingsley
Darren M. Cohen
Liane L. Katzenstein
Douglas A. Linde
Attorneys for Plaintiff EKA NINUA

Date: November 24, 2010

SEYFARTH SHAW LLP

By: _____
Catherine M. Dacre
Attorneys for Defendant REGIS CORPORATION

NOTICE OF SETTLEMENT
CASE NO. CV 09-4045 JSW

## [PROPOSED] ORDER

Based upon the Stipulation of the Parties, the Motion for Class Certification currently scheduled for November 19, 2010, and Trial date currently scheduled for March 7, 2011, are hereby VACATED. Plaintiff, or the parties jointly, shall file a Motion for Preliminary Approval to be heard on ~~or before January 25, 2011~~. the Court's next available date for hearings, January 28, 2011 at 9:00 a.m.

IT IS SO ORDERED

December 3, 2010

DATED: ~~November~~ ___, 2010

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

NOTICE OF SETTLEMENT
CASE NO. CV 09 4045 JSW