# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKA NINUA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGIS CORPORATION; and DOES 1 to 50, Inclusive,<br><br>Defendants.<br>_____ | CASE NO.: CV 09 04045 (JSW)<br><br>**MODIFIED**<br>**ORDER TO CHANGE DATE OF PRELIMINARY APPROVAL HEARING**<br><br>Hon. Jeffrey S. White<br>Court Room: 11 |

**GOOD CAUSE APPEARING FROM THE STIPULATION TO CHANGE DATE OF PRELIMINARY APPROVAL HEARING, IT IS HEREBY ORDERED** that the preliminary approval hearing is changed from January 28, 2011 to ~~February 18, 2011~~. February 25, 2011.

DATED: January 10, 2011

_____
**JUDGE OF THE DISTRICT COURT**

_____
ORDER