1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKA NINUA, on behalf of herself and others similarly situated, | ) CASE NO.: CV 09 4045 (JSW) ) ) **ORDER TO MOVE OUT FINAL APPROVAL HEARING DATE AND APPROVE CORRECTIVE NOTICE** |
| Plaintiffs, | ) |
| v. | ) |
| REGIS CORPORATION; and DOES 1 to 50, Inclusive, | ) |
| Defendants. | ) |

**WHEREAS**, as stipulated by the Parties, the Court approves the mailing out of the Corrective Notice to the 167 employees mistakenly sent Notice Packets.

**WHEREAS**, as stipulated by the Parties, the Court moves out the Final Approval hearing date from July 8, 2011 to August 12, 2011.

**IT IS SO ORDERED.**

DATED: June 22, 2011

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

_____
ORDER TO MOVE OUT FINAL APPROVAL HEARING DATE AND APPROVE CORRECTIVE NOTICE