KINGSLEY & KINGSLEY, APC
Eric B. Kingsley SBN-185123 eric@kingsleykingsley.com
Darren M. Cohen SBN-221938 dcohen@kingsleykingsley.com
Liane L. Katzenstein SBN-220230 lkatzenstein@kingsleykingsley.com
16133 Ventura Boulevard, Suite 1200
Encino, CA 91436
Tel: (818) 990-8300
Fax: (818) 990-2903

THE LINDE LAW FIRM
Doug A. Linde SBN-217584 dal@lindelaw.net
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90068
Tel: (310) 203-9333
Fax: (310) 203-9233

Attorneys for Plaintiff
EKA NINUA

SEYFARTH SHAW LLP
Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
REGIS CORPORATION

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKA NINUA, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGIS CORPORATION; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. CV 09 4045 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: H. Jeffrey S. White |

Plaintiff Eka Ninua ("Plaintiff") and Defendant Regis Corporation ("Defendant") (collectively the "parties") hereby stipulate and seek an order of the Court to continue the hearing on the Motion for Final Approval of Settlement, as follows:

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING
CASE NO. CV 09 4045 JSW

1. The final approval hearing in this matter is currently set for August 12, 2011. The Final Approval hearing date was changed, by stipulation, due to the need to send out a corrective notice. The parties stipulated to move the Final Approval date from July 6, 2011 to August 8, 2011.

2. The Court approved the stipulation and entered an order extending the Final Approval date to August 12, 2011.

3. Counsel for Defendant Regis Corporation calendared the date ordered by the Court for the Final Approval hearing, but failed to notice that it is a date upon which she will be out of the country on a long-planned vacation, and thus unavailable to attend the Final Approval hearing on that date.

4. Upon discovering this oversight, Counsel for Defendant contacted Counsel for Plaintiff, apprised her of the situation, and sought a stipulation to again extend the date.

5. As no class members have objected to the settlement or requested to be heard at the Final Approval hearing, no class members may be heard at the final hearing, thus the change in date will not result in prejudice to anyone.

6. Based on the foregoing, the parties seek an extension of the date for the Final Approval hearing from August 12, 2011 to August 19, 2011, or August 26, 2011.

WHEREFORE, it is hereby stipulated by and between the parties that the hearing on the Motion for Final Approval of Class Action Settlement in this matter be continued from August 12, 2011 to August 19, 2011 or August 26, 2011

IT IS SO STIPULATED.

Date: July 26, 2011

KINGSLEY & KINGSLEY, APC

By: _____
Eric B. Kingsley
Darren M. Cohen
Liane L. Katzenstein
Attorneys for Plaintiff
EKA NINUA

Date: July 25, 2011

SEYFARTH SHAW LLP

By: _____
Catherine M. Dacre
Attorneys for Defendant
REGIS CORPORATION

Good cause appearing therefor, as set forth in the above stipulation, the Court continues the Motion for Final Approval of Class Action Settlement to September 2, 2011 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: July 26, 2011

_____
HON. JEFFREY S. WHITE

13604415v.1

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING
CASE NO. CV 09 4045 JSW